## OLIVER v. WOODMANCY

Cap$^t$ James Oliuer pl$^t$ against John Woodmancy Defend$^t$ in an Action of the case for not deliuering possession of a howse & Land in Boston built by the said Oliver on his owne Land & all due Damages according to Attachm$^t$ Dat the 26th of October 1671 . . . the Jurie . . . found for the plantiff possession of the howse & Land in controversy & costs of Court the Defend$^t$ appealed from this Judgment to the next Court of Assistants & y$^e$ s$^d$ John Woodmancy in three hundred & fiuety pounds as prinsipall & Richard Wharton & James Whitcomb in one hundred & seauenty fiue pounds apeice as suerties acknowledged themselves bound to . . . prosecute his appeale . . .

## BUCHER v. BASTAR

Mary Butcher plantiff against Joseph Bastar defend$^t$ in an Action of trespasse vpon the case for his building & intrenching vpon her Land before the Dore of her Dwelling howse to her great Damage with other due damages according to Attachm$^t$ Dat y$^e$ 26th of 8$^{br}$ 1671 . . . the Jurie brought in a spetiall verdict viz$^t$ if it be soe that the Deeds of the Defend$^t$ be according to law we find for the Defendant costs of Court if not wee finde for the plantiff according to Attachm$^t$ & costs of Court the Magistrates declared for the defend$^t$ & y$^e$ Costs of Court were thirty two shillings & six pence. . .